# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LAUREYNN M. ELIE, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No. |
| ) | |
| v. ) | 1:15-cv-03916-MHC |
| ) | |
| AMF HOLDINGS, LLC and ) | |
| WHITE GLASS LENDING, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR PLAINTIFF LAUREYNN M. ELIE, AND NONPARTY MARIE C. GELIN

COME NOW, Krystal Moore, and the law firm of Krystal M. Moore, LLC and pursuant to Rule 83.1E of the Civil Local Rules of Practice for the United States District Court for Northern District of Georgia, file this Certificate of Consent to withdraw as counsel for Plaintiff Laureynn M. Elie ("Plaintiff"), and Nonparty Marie C. Gelin, in this action.

As evidenced by the signatures below, Plaintiff and Ms. Gelin consent to the requested withdrawal.

**Respectfully submitted this 16th day of May, 2016.**

Krystal M. Moore, LLC

By: /s/ Krystal M. Moore
Krystal M. Moore
Georgia State Bar No. 452370
P.O. Box 55012
Atlanta, Georgia 30308
Tel: (404) 908-8011
Fax: (404) 506-9748
Email: Krystal@attymoore.com

*Counsel for Plaintiff*

/s/ Laureynn M. Elie
Plaintiff
9002 Cedar Grove Road
Fairburn, Georgia 30213

/s/ Marie C. Gelin
Nonparty
9002 Cedar Grove Road
Fairburn, Georgia 30213

## **CERTIFICATION OF TYPEFACE COMPLIANCE**

Pursuant to LR 7.1(D), NDGa., counsel for Plaintiff hereby certifies that this brief has been prepared with one of the font and point selections approved by the Court in LR 5.1(C), NDGa.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| LAUREYNN M. ELIE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| | ) | |
| v. | ) | 1:15-cv-03916-MHC |
| | ) | |
| AMF HOLDINGS, LLC and | ) | |
| WHITE GLASS LENDING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing Certificate of Consent to Withdraw as Counsel with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing upon Counsel of Record.

Dated:  May 16, 2016

**Respectfully submitted this 16th day of  May, 2016.**

By:  /s/ Krystal M. Moore
Krystal M. Moore
Georgia State Bar No. 452370
Tel:  (404) 908-8011
Email:  Krystal@attymoore.com
*Counsel for Plaintiff*