IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LAUREYNN MARIE ELIE,

     Plaintiff,

v.

AMF HOLDINGS, LLC, WHITE
GLASS LENDING, LLC, KEITH
CRANDALL, and ACLAIME
CREDIT PARTNERS, LLC,

     Defendants.

CIVIL ACTION FILE

NO. 1:15-CV-3916-MHC

---

AMF HOLDINGS, LLC,

     Counterclaim Plaintiff and
     Third-Party Plaintiff,

v.

LAUREYNN MARIE ELIE,

     Counterclaim Defendant,

and

MARIE C. GELIN and
PRENTICE L. FLOYD,

     Third-Party Defendants.

## ORDER

This civil action comes before the Court on the Non-Final Report and Recommendation ("R&R") of Magistrate Judge Catherine M. Salinas [Doc. 36] recommending that Plaintiff's Motion to Dismiss her Amended Complaint be granted, that Plaintiff's claims be dismissed with prejudice, and that Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim be denied as moot. This R&R follows a hearing at which all parties were represented by counsel and agreed to this disposition and waived their right to file objections to the R&R.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion to Dismiss her Amended Complaint [Doc. 24] be **GRANTED**, and that all of Plaintiff's claims be **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that Defendants' Motion to Dismiss Plaintiff's First Amended Complaint [Doc. 20] be **DENIED AS MOOT**.

It is further **ORDERED** that Defendants White Glass Lending, LLC, Keith Crandall, and Aclaime Credit Partners, LLC shall be **DISMISSED** as parties to this action.

The Clerk is **DIRECTED** to revise the caption of this case to reflect that AMF Holdings, LLC is now the Plaintiff, and that Laureynn Marie Elie, Marie C. Gelin, and Prentice L. Floyd are the Defendants.

The Clerk is further **DIRECTED** to re-submit this matter to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED** this 26th day of August, 2016.

MARK H. COHEN
United States District Judge