# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

AMF HOLDINGS, LLC,

      Plaintiff,

v.

LAUREYNN MARIE ELIE, MARIE
C. GELIN and PRENTICE L.
FLOYD,

      Defendants.

CIVIL ACTION FILE

NO. 1:15-CV-3916-MHC

## ORDER

This civil action comes before the Court on the Non-Final Report and

Recommendation ("R&R") of Magistrate Judge Catherine M. Salinas [Doc. 52]

recommending that Plaintiff AMF Holdings LLC's Motion for Final Partial

Judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure be

granted. The Order for Service of the R&R [Doc. 53] provided notice that, in

accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file

objections within fourteen (14) days of the receipt of that Order. No objections

have been filed to the R&R. Absent objection, the district court judge "may accept,

reject, or modify, in whole or in part, the findings or recommendations made by the

magistrate judge," 28 U.S.C. § 636(b)(1) (2012), and "need only satisfy itself that

there is no clear error on the face of the record" in order to accept the recommendation. FED. R. CIV. P. 72(b), advisory committee's note to 1983 amendment. The Court has reviewed the R&R and finds no clear error and that the R&R is supported by law.

Accordingly, the Court **APPROVES AND ADOPTS** the Report and Recommendation [Doc. 52] as the judgment of the Court. It is hereby **ORDERED** that Plaintiff's Motion for Final Partial Judgment [Doc. 40] be **GRANTED**, and that final partial judgment be entered pursuant to Rule 54(b) of the Federal Rules of Civil Procedure as to the claims in Defendant Elie's amended complaint that have been dismissed with prejudice.

The Clerk is further **DIRECTED** to re-submit this matter to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED** this 28th day of November, 2016.

MARK H. COHEN
United States District Judge