IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMF HOLDINGS, LLC,

      Plaintiff,

v.

LAUREYNN MARIE ELIE,
MARIE C. GELIN and
PRENTICE L. FLOYD,

      Defendants.

CIVIL ACTION

NO. 1:15-CV-3916-MHC-CMS

## O R D E R

It has come to the Court's attention that Jeffrey L. Sakas, attorney for Defendant Marie C. Gelin, has been suspended from the practice of law pursuant to an Order issued by the Supreme Court of Georgia dated April 17, 2017. (Doc. 90-1). On that same day, United States District Judge Richard W. Story issued an Order to Suspend, suspending Mr. Sakas from the Bar of this Court. A copy of this Court's Order of Suspension is attached hereto. As a result, Mr. Sakas may no longer represent Ms. Gelin in this matter. Ms. Gelin is **ORDERED** to either advise the Court of her intent to proceed pro se (without an attorney) or have new counsel make an appearance on her behalf. She must do so no later than **May 1, 2017**.

Should Ms. Gelin elect to proceed pro se, Ms. Gelin is **ORDERED** to serve upon the counsel of record for the parties a copy of every additional pleading or other document that she files in this case. Each pleading or other document filed with the Clerk of Court must include a Certificate of Service stating the date on which she mailed an accurate copy of that paper to opposing counsel. This Court will disregard any papers that have not been properly filed with the Clerk of Court or that do not include a Certificate of Service. Ms. Gelin is also **ORDERED** to keep the Court and opposing counsel advised of her current address and other contact information at all times during the pendency of this action.

The Clerk is **DIRECTED** to mail a copy of this Order, via U.S. Mail and Certified Mail, Return Receipt Requested, to Ms. Gelin at the following address: Ms. Marie C. Gelin, 9002 Cedar Grove Road, Fairburn, Georgia 30213. The Clerk is further **DIRECTED** to update the docket in this civil action to reflect that Jeffrey L. Sakas is no longer counsel of record for Marie C. Gelin. Mr. Sakas's pending Motion for Leave of Absence (Doc. 78) is **DENIED AS MOOT**.

**SO ORDERED and DIRECTED**, this 19th day of April, 2017.

Catherine M. Salinas
United States Magistrate Judge

2

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 1 7 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

IN RE: JEFFREY L. SAKAS                    **DISCIPLINARY ACTION**
STATE BAR NO. 622250

## ORDER TO SUSPEND

This Order is entered pursuant to the Supreme Court of Georgia's order dated April 17, 2017, case number S17Y0871, in the matter of Jeffrey L. Sakas, attorney at law, in which the Court is advised that Mr. Sakas is suspended.  The notice from the Supreme Court of Georgia is attached and incorporated by reference.

Continued membership in the Bar of this Court is contingent upon an attorney maintaining an active, in good standing status with the State Bar of Georgia (LR 83.1A), Accordingly,

**IT IS HEREBY ORDERED:**

(1) that Jeffrey L. Sakas' disciplinary record shall  record his suspension by the Supreme Court of Georgia;

(2) that Jeffrey L. Sakas, be suspended immediately from the Bar of this Court;

(3) that this Order shall become effective as an order of disbarment from this Court's Bar thirty (30) days following this date unless proceedings consistent with LR 83.1F have been initiated by the attorney;

(4) that in order to be reinstated to the bar of this Court Jeffrey L. Sakas, must (a) file

ORDER TO SUSPEND
JEFFERY L. SAKAS
STATE BAR NO. 622250
Page 2

a petition for reinstatement in this Court; (b) attach a proposed order for the court; (c) provide

a copy of the Supreme Court's Order reinstating him to the State Bar of Georgia (if entered)

along with a certificate of good standing from the State Bar of Georgia attesting to his being

active and in good standing; and (d) comply with the reinstatement provisions of LR 83.1F;

and

     (5) that the Office of the Clerk forward a copy of this Order by certified mail to

Jeffrey L. Sakas' last known address.

     **IT IS SO ORDERED** this _17th_ day of April, 2017.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE