IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMF HOLDINGS, LLC, | ) | |
| | ) | |
|    Plaintiff, | ) | Civil Action File No. |
| | ) | |
| v. | ) | 1:15-cv-03916-MHC |
| | ) | |
| LAUREYNN MARIE ELIE, | ) | |
| MARIE C. GELIN and | ) | |
| PRENTICE L. FLOYD, | ) | |
| | ) | |
|    Defendants. | ) | |
| PRENTICE L. FLOYD, | ) | |
| | ) | |
|    Cross Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LAUREYNN M. ELIE, | ) | |
| and MARIE C. GELIN, | ) | |
| | ) | |
|    Cross Defendants. | ) | |

**LAUREYNN ELIE'S REQUEST FOR ADDITIONAL TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendant/Cross Defendant Laureynn M. Elie (hereinafter "Elie") makes this request pursuant to Fed. R. Civ. P. 6(b) that this Court enter an order allowing additional time for Elie to file her motion for summary judgment against Plaintiff

AMF Holdings, LLC (hereinafter "AMF"). In support of the same, Elie shows this Court as follows:

1.

On March 20, 2017, this Court entered an Order closing discovery in the instant matter.

2.

In the parties' April 17, 2017 Pre-trial Order, Defendant Elie has stated her anticipation of moving for summary judgment against AMF.

3.

Pursuant to Fed. R. Civ. P. 56(b), and the orders established by this Court, Defendant Elie has thirty (30) days from the time of close of discovery to move for summary judgment.

4.

However, rather than file the same at this time, Ms. Elie requests an extension of thirty (30) days to pursue settlement with AMF regarding all outstanding claims.

Wherefore, Defendant Elie respectfully requests that this Court enter an order allowing for additional time to resolve the issues of this case, prior to moving for summary judgment.

WHEREFORE, Defendant Elie respectfully prays as follows:

(1) That an extension of time be granted; and

(2) That Defendant is able to engage in settlement of the claims, prior to moving for summary judgment with this Court.

**Respectfully submitted this 19th day of April, 2017.**

        Krystal M. Moore, LLC

By: /s/ Krystal M. Moore
Krystal M. Moore
Georgia State Bar No. 452370
Email: Krystal@attymoore.com

*Counsel for Defendant/Cross Defendant Laureynn M. Elie*

## **CERTIFICATION OF TYPEFACE COMPLIANCE**

Pursuant to LR 7.1(D), NDGa., counsel for Defendant/Cross Defendant Laureynn Elie hereby certifies that this Request has been prepared with one of the font and point selections approved by the Court in LR 5.1(C), NDGa.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| AMF HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| | ) | |
| v. | ) | 1:15-cv-03916-MHC |
| | ) | |
| LAUREYNN MARIE ELIE, | ) | |
| MARIE C. GELIN and | ) | |
| PRENTICE L. FLOYD, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | | |
| PRENTICE L. FLOYD, | ) | |
| | ) | |
| Cross Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LAUREYNN M. ELIE, | ) | |
| and MARIE C. GELIN, | ) | |
| | ) | |
| Cross Defendants. | ) | |

_____

### **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing Request with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing upon Counsel of Record.

Dated:   April 19, 2017

[signature on the next page]

5

      Krystal M. Moore, LLC

By: /s/ Krystal M. Moore
   Krystal M. Moore
   Georgia State Bar No. 452370
   P.O. Box 55012
   Atlanta, Georgia 30308
   Tel: (404) 423-4272
   Email: Krystal@attymoore.com

    *Counsel for Defendant/Cross*
    *Defendant Laureynn Elie*